Williams

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED 
 OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Debra Henfield,       
Respondent,
 
 
 

v.

 
 
 
John Taylor and Adlerian Enterprises d/b/a Parkside Mobile Homes, of 
 whom Adlerian Enterprises d/b/a Parkside Mobile Homes is       
Petitioner.
 
 
 

ON WRIT OF CERTIORARI
TO THE COURT OF APPEALS

Appeal From Charleston County
 Roger M. Young, Circuit Court Judge

Memorandum Opinion No. 2004-MO-009
Heard March 3, 2004  Filed March 22, 
 2004

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Stephen L. Brown and Randell C. Stoney, Jr., of Young, Clement, Rivers & 
 Tisdale, L.L.P., Charleston, for Petitioner.
A. Christopher Potts of Hitchcock & Potts, Charleston, and Lee D. Cope of 
 Speights & Runyan, Hampton, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the decision 
 in Henfield v. Taylor, Op. No. 2003-UP-290 (S.C. Ct. App. filed March 
 12, 2003).  We dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., MOORE, WALLER, PLEICONES, JJ., and Acting Justice 
 Alison Renee Lee, concur.